(117 App. Div. 637)

In re McGUIRE.

Appeal of DAVIES.

(Supreme Court, Appellate Division, First Department. February 15, 1907.)

Appeal from Special Term, New York County.

Application by Landon T. Davies for an order striking the name of John McGuire from the enrollment book of the Twenty-Seventh Election District of the Twenty-Fifth Assembly District, in the county of New York. From an order denying the application, applicant appeals. Affirmed.

Argued before PATTERSON, P. J., and INGRAHAM, LAUGHLIN, CLARKE, and SCOTT, JJ.

James H. Hickey, for appellant.
Theodore Connoly, for respondents.

LAUGHLIN, J. The material facts presented by this record differ from those presented in Matter of the Application, etc., of Bernard Giles (102 N. Y. Supp. 851), argued and decided herewith, only in that the affiant, who asserts the facts positively, resided next door on the same avenue to the number from which the elector enrolled, and, consequently, the opinion in that matter is decisive of this appeal.

It follows that the order should be affirmed upon the authority of the opinion in the Matter of Giles.

PATTERSON, P. J., concurs.

SCOTT, J. For the reasons stated in Matter of Giles, 102 N. Y. Supp. 851, I concur in result.

CLARKE, J. (dissenting). For the reasons stated in the opinion handed down herewith in the Matter of O'Brien (102 N. Y. Supp. 845), the order appealed from herein should be reversed, and the application granted.

INGRAHAM, J., concurs.